IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JARROD DEENAH,

       Appellant,

v.

Case No. 5D21-2535
LT Case No. 2019-CF-052896-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed November 1, 2022

Appeal from the Circuit Court
for Brevard County,
Charles G. Crawford, Judge.

Matthew J. Metz, Public Defender, and
Edward J. Weiss, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Public Defender,
for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.